**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7765

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PETE SMITH, a/k/a Pete Noble Muhammad, a/k/a
Jose,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.   William L. Osteen, District Judge. (CR-93-117; CA-03-155)

Submitted:  March 15, 2004          Decided:  April 8, 2004

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pete Smith, Appellant Pro Se.  Anna Mills Wagoner, United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pete Smith appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Smith, Nos. CR-93-117; CA-03-155 (M.D.N.C. Oct. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED